GEORGE E. GREGORY, Appellant, v. DUKE, VAN DUSEN & DUKE, INC., Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order denying plaintiff's motion for summary judgment, and granting defendant's cross motion for partial summary judgment dismissing part of plaintiff's complaint, and severing and continuing the action as to the other one half, in an action under contract to recover one half of the amount received on an insurance policy as damages for destruction of property by fire.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See *post*, p. 1022.]

THOMAS J. BRENNAN, as President of Lackawanna Lodge No. 715, Brotherhood of Railroad Trainmen, et al., Appellants, v. DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY, et al., Respondents, and GEORGE C. SLADE, as General Chairman of General Adjustment Committee of Said Railroad of Switchmen's Union of North America, et al., Appellants.— Judgment reversed on the law, without costs of this appeal to any party, and complaint and counterclaim dismissed, without costs, on the authority of *Slocum* v. *Delaware, Lackawanna & Western R. R. Co.* (339 U. S. 239). Appeals from orders dismissed as academic. All concur. (Appeals by plaintiffs and by some of defendants from a judgment determining plaintiffs' rights under a contract between plaintiff union and defendant railroad company; also appeal by plaintiffs from an order denying plaintiffs' motion for amendment of finding No. 1; also appeal by certain defendants from an order denying a motion to relieve defendants from default in submitting request for findings.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

THOMAS G. TOUSEY, Appellant, v. DOROTHEA E. S. TOUSEY et al., Respondents.— Judgment insofar as appealed from affirmed, without costs of this appeal to any party. All concur. (Appeal by plaintiff from a portion of a judgment for plaintiff on the first cause of action, and dismissing plaintiff's second cause of action, in an action to impress a trust.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.